**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Hoffman, et al.,

                                        Plaintiffs,                                  23-cv-09492-VR

            -against-                                                    **ORDER**

Town of Goshen, et al.,

                                        Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On February 2, 2026, the Court directed the parties file a joint status letter by no later than March 2, 2026, updating the Court on the status of discovery. (ECF No. 79). The Court has not yet received any such response. The parties are reminded to submit a joint status letter, which is now due **March 6, 2026**.

            **SO ORDERED.**

DATED:      White Plains, New York
            March 3, 2025

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge

1