

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

## MEMO ENDORSED

May 27, 2026

**Janine A. Mastellone**
914.872.7230 (direct)
845.260.8776 (mobile)
Janine.Mastellone@wilsonelser.com

<u>**Via ECF**</u>

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:    *Hoffman and Hoffman v. Sgt. James Boyd, PO Luke Markiewicz,*
          *Hudson Valley SPCA, Inc., et al.*
          Case No.:     23 cv 9492
          Our File No.:  24256.00060

Dear Judge Reznik:

We represent Defendants Sgt. James Boyd and Police Officer Luke Markiewicz ("Officer Defendants") in the above-referenced matter. We respectfully write on behalf of the Officer Defendants, as well as the HVSPCA Defendants, to request permission to file under seal, or in the alternative with appropriate redactions, the defendants' joint pre-motion letter regarding a motion to compel certain of plaintiff's medical records relevant to plaintiff's claims for emotional distress damages. *See* S.D.N.Y. Electronic Case Filing Rules § 6.1. Defendants' pre-motion letter necessarily references information regarding Mrs. Hoffman's health care provider and treatment (the "Health Information"). Defense counsel consulted plaintiff's counsel on May 26, 2026, and plaintiffs' counsel confirmed that plaintiffs' contend the Health Information in the pre-motion letter is confidential and should be filed under seal.

A court may permit sealing or redaction where compelling countervailing interests overcome the presumption of access, and any sealing is narrowly tailored to serve the interests at issue. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). "Courts 'regularly seal' medical information despite a presumption of the right to public access because an individual's privacy interest in their own medical information is a 'compelling countervailing interest.'" *Deide v. Day*, No. 23-CV-3954 (NSR)(VR), 2023 U.S. Dist. LEXIS 220896, at *4 (S.D.N.Y. Dec. 11, 2023) (internal citations omitted). As sealing orders should be narrowly tailored, information unrelated to personal medical information should not be sealed. *Id*. Documents submitted in connection with discovery disputes that have not yet been ruled upon by

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

336630096v.1
336630096v.1

**WILSON** ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

- 2 -

the Court are generally considered judicial documents subject to a lower presumption of public access. *See In re Terrorist Attacks on September 11, 2001*, 454 F. Supp. 2d 220, 222 (S.D.N.Y. 2006).

Ultimately, Defendants will argue that plaintiff has waived any privilege that would prevent discoverability of the records at issue. However, at least until the Court rules on the discoverability of the records, the defendants agree that the details of Mrs. Hoffman's Health Information should not be publicly disclosed. Accordingly, Defendants request permission to file their pre-motion letter under seal or, alternatively, with all references to Health Information redacted from the letter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Janine A. Mastellone

cc:    all parties (via ECF)

The Court **GRANTS** the request and will separately enter a sealing order.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 5/28/2026