USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Hoffman, et al.,

                                    Plaintiffs,                                    23-cv-09492-VR

                    -against-                                                    **ORDER**

Town of Goshen, et al.,

                                    Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

Defendants filed a letter motion requesting leave to file under seal a pre-motion letter relating to a motion to compel certain medical records of Plaintiff that are relevant to Plaintiffs' claims for emotional distress damages. (ECF No. 87). The parties agree that information regarding Plaintiff's health care provider and treatment, referenced in the pre-motion letter, is confidential and should be filed under seal. For the reasons articulated by the parties, the Court granted the request to seal the pre-motion letter. (ECF Nos. 88, 89). For the same reasons, Plaintiffs' letter response relating to the same medical records should also be placed under seal. (ECF No. 92).

The Clerk of Court is respectfully directed to place Plaintiffs' letter response, (ECF No. 92), under seal.

        **SO ORDERED.**

DATED:    White Plains, New York
        June 22, 2026

                                    _____
                                    VICTORIA REZNIK
                                    United States Magistrate Judge