USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Hoffman, et al.,

Plaintiffs,

23-cv-09492-VR

-against-

**ORDER**

Town of Goshen, et al.,

Defendants.

---------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On August 21, 2026, the Court directed the parties to file either a stipulation of voluntary dismissal or joint status letter on the status of settlement by September 4, 2026. (ECF No. 99). The Court has not yet received any such stipulation or letter. The parties are reminded to submit a stipulation of voluntary dismissal or joint status letter, which is now due **September 11, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
September 9, 2026

VICTORIA REZNIK
United States Magistrate Judge